IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10467
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSEPH GUGLIELMO,

Defendant-Appellant.

Appeal from the United States District Court
for the
Northern District of Texas
(4:94-CR-145-A-1)

March 1, 1996

Before JOHNSON, DUHE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

        This is an appeal from the district court's decision to depart upward from appellant's

guideline sentence.  Because we have found no reversible error on the part of the district court,

we affirm.

AFFIRMED.

_____

* Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published
and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.